# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ansenio K. White                                Docket No. 5:14-MJ-1294-1

## Petition for Action on Probation

      COMES NOW Nikki Allen, probation officer of the court, presenting a petition for modification of the Judgment of Ansenio K. White, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S 20-138.1, Driving While Impaired - Level 5, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on June 11, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service during the first 30 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 20, 2014, the defendant submitted a urine sample that tested positive for cocaine and opiates. The defendant admitted to using cocaine on or about June 18, 2014. The defendant was verbally reprimanded for his use of cocaine and opiates. The defendant reports it was an isolated incident and will not happen again. The defendant denies needing additional counseling at this time. As a result of this illicit drug use, the defendant was placed in the surprise urinalysis testing program. At this time, it is recommended that supervision be continued. As a sanction for this conduct, we recommend that conditions be modified to include the drug aftercare treatment condition in case the defendant needs to be referred to drug treatment in the future. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**White, Ansenio**
**Page 2**

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Nikki Allen |
| Robert K. Britt | Nikki Allen |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301 |
| | Phone: (910) 483-8613 |
| | Executed On: June 23, 2014 |

### ORDER OF COURT

Considered and ordered this 45tf "day of Lwpg 2014, and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge