UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:14-MJ-1294-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| Ansenio K. White | ) | |

On June 11, 2014, Ansenio White appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 8, 2015, the court finds as a fact that Ansenio White, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The term of probation is extended for a period of 60 days from June 10, 2015, to August 8, 2015.

2. The defendant is committed to the custody of the Bureau of Prisons for a period of 15 days as arranged by the Probation Office.

3. The defendant shall complete the alcohol/education hours as recommended by the DWI assessment within 60 days.

4. The balance of the financial imposition is due in full immediately.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 8th day of April, 2015.

_____
Robert T. Numbers II
U.S. Magistrate Judge