UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Ansenio K. White                          Docket No. 5:14-MJ-1294-1

**Petition for Action on Probation**

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ansenio K. White, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on June 11, 2014, to 12 months probation under the conditions adopted by the court. On April 8, 2015, the defendant was returned to court for a revocation hearing. The court found that the defendant had violated his probation by engaging in new criminal conduct and failing to report a new arrest to his probation officer. The defendant's probation was extended for 60 days in order to allow him time to satisfy his court ordered obligations.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. White still has not completed the recommended treatment or satisfied the court ordered financial obligations. He has requested an extension of probation for a period of 3 months until November 8, 2015, to address these issues.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of supervision shall be extended for a period of 3 months to the new expiration date of November 8, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mark L. Culp |
| Robert K. Britt | Mark L. Culp |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: July 13, 2015 |

### ORDER OF THE COURT

Considered and ordered this \_\_\_15th\_\_\_ day of \_\_\_\_July_____, 2015 and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge