UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Ansenio K. White                                    Docket No. 5:14-MJ-1294-1

**Petition for Action on Probation**

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ansenio K. White, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on June 11, 2014, to 12 months probation under the conditions adopted by the court. On April 8, 2015, the defendant was returned to court for a revocation hearing. The court found that the defendant had violated his probation by engaging in new criminal conduct and failing to report a new arrest to his probation officer. The defendant's probation was extended for 60 days in order to allow him time to satisfy his court ordered obligations.

On July 15, 2015, a modification was entered by the court extending the defendant's supervision an additions three months until November 8, 2015, due to the defendant having outstanding conditions of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. White still has not completed the recommended treatment or satisfied the court ordered financial obligations. He has requested an additional extension of probation for a period of 90 days until February 6, 2016, to address these issues.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of supervision shall be extended for a period of 90 days to the new expiration date of February 6, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark L. Culp
Mark L. Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-483-8613
Executed On: October 16, 2015

Ansenio K. White
Docket No. 5:14-MJ-1294-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __17th__ day of __October__, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge